No. 74–6336. WARNER v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–6337. EVANS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 74–6342. SULLIVAN v. UNITED STATES BOARD OF PAROLE. C. A. 10th Cir. Certiorari denied.

No. 74–6370. ETHERIDGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–6375. SENK v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 74–6376. MANN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6378. GWYNN v. DIRECTOR, PATUXENT INSTITUTION, ET AL. Ct. App. Md. Certiorari denied.

No. 74–6380. TULLY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6381. DARAS v. WALKER. C. A. 9th Cir. Certiorari denied.

No. 74–6382. ORTIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6387. WILDER v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 74–6417. FIELDS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.